IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER and LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF PRISONS,<br><br>                Defendants. | 18 Civ. 10861 (VSB)<br><br>**RULE 41 STIPULATION OF DISMISSAL** |

Plaintiffs and Defendants, by and through their undersigned counsel, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims filed by Plaintiffs in the above-captioned action are hereby dismissed with prejudice. The parties shall bear their own costs, expenses, and attorneys' fees.

    IT IS SO STIPULATED.

January 25, 2021

Respectfully submitted.

*Matthew Dolan*

SIDLEY AUSTIN LLP
Matthew J. Dolan
mdolan@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000
Fax: (650) 565-7100
E-mail: mdolan@sidley.com

*Counsel for Plaintiffs*

January 25, 2021                                Respectfully submitted.

                                                    AUDREY STRAUSS
                                                   United States Attorney

                                    By:   Tomoko Onozawa
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2721
                                        Fax: (212) 637-2686
                                        E-mail: tomoko.onozawa@usdoj.gov

                                        *Counsel for Defendants*